UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN GAFFIGAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 4:10-CV-00503-ERW<br>)<br>)<br>)<br>)<br>) |

## MOTION OF DEFENDANT AT&T MOBILITY LLC TO COMPEL ARBITRATION AND DISMISS ACTION

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16, Defendant AT&T Mobility LLC ("ATTM") moves this Court for an order (i) compelling plaintiff John Gaffigan to arbitrate his claims and (2) dismissing this action. ATTM brings this motion on the ground that the FAA requires Gaffigan to pursue his claims in accordance with his arbitration agreement.

This motion is supported by the Memorandum in Support; the Declarations of Caroline Mahone-Gonzalez, Richard J. Rives, Ramon L. Menendez, Theodore Weiman, and Scott Williamson; and all exhibits thereto filed concurrently herewith.

Dated: July 6, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:/s/Robert J. Wagner
　　　　　　　　　　　　　　　　　　　　Roman P. Wuller, #4755
　　　　　　　　　　　　　　　　　　　　Robert J. Wagner, #62068
　　　　　　　　　　　　　　　　　　　　THOMPSON COBURN LLP
　　　　　　　　　　　　　　　　　　　　One US Bank Plaza
　　　　　　　　　　　　　　　　　　　　St. Louis, MO  63101
　　　　　　　　　　　　　　　　　　　　314-552-6000
　　　　　　　　　　　　　　　　　　　　314-552-7000 (fax)
　　　　　　　　　　　　　　　　　　　　rwuller@thompsoncoburn.com
　　　　　　　　　　　　　　　　　　　　rwagner@thompsoncoburn.com

　　　　　　　　　　　　　　　　　　　Attorneys for AT&T Mobility LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically by means of the Court's CM/ECF electronic filing system on July 6, 2010, on all counsel of record.

/s/Robert J. Wagner

5158775.2