UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN GAFFIGAN, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:10CV00503 ERW |
| AT&T MOBILITY, LLC, ) ) | |
| Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion to Continue Stay of Case [doc. #22] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment [doc. #33] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendant's Motion to Compel Arbitration and Dismiss, or in the Alternative, to Continue Plaintiff's Response Date [doc. #36] is **GRANTED**, **in part**. Plaintiff's Response to Defendant's Motion to Compel Arbitration and Dismiss shall be filed by **August 6, 2010**. Plaintiff's arguments in support of striking Defendant's Motion to Compel Arbitration and Dismiss are held in abeyance.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand [doc. #9] is **DENIED**.

Dated this 26th Day of July, 2010.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE